IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Geiger, Kenneth | Case Number:  07 B 13308 |
| | Judge:  Squires, John H |
| Printed:  5/20/08 | Filed:  7/25/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 9, 2008
Confirmed: September 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 810.00 | |
| Secured: | | 288.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 478.26 |
| Trustee Fee: | | 43.74 |
| Other Funds: | | 0.00 |
| Totals: | 810.00 | 810.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 478.26 |
| 2. | Lincoln Motors | Secured | 1,561.41 | 93.00 |
| 3. | Affiliated Financial Corporation | Secured | 10,946.39 | 150.00 |
| 4. | Central Furniture | Secured | 853.65 | 45.00 |
| 5. | Illinois Dept of Revenue | Priority | 1,803.47 | 0.00 |
| 6. | Internal Revenue Service | Priority | 1,779.04 | 0.00 |
| 7. | Capital One | Unsecured | 158.38 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 839.75 | 0.00 |
| 9. | Capital One | Unsecured | 114.42 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 687.50 | 0.00 |
| 11. | Lincoln Motors | Unsecured | 18.80 | 0.00 |
| 12. | Comcast Cablevision | Unsecured | 104.62 | 0.00 |
| 13. | Affiliated Financial Corporation | Unsecured | 122.00 | 0.00 |
| 14. | South Shore Emergency Physicians | Unsecured | 18.70 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 62.28 | 0.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 37.03 | 0.00 |
| 17. | Asset Acceptance | Unsecured | | No Claim Filed |
| 18. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | Torres Credit | Unsecured | | No Claim Filed |
| 21. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 22. | State Collection Service | Unsecured | | No Claim Filed |
| | | | $ 22,591.44 | $ 766.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Geiger, Kenneth

Printed:  5/20/08

Case Number:  07 B 13308
Judge:  Squires, John H
Filed:  7/25/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 43.74 |
|  | _____ |
|  | $ 43.74 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

